**FILED**

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0481

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA-0481

| | |
|---|---|
| IN RE THE MARRIAGE OF ROBYN M. RYERSON, n/k/a ROBYN R. MADISON, <br><br> Petitioner/Appellee, <br><br> -vs- <br><br> PATRICK S. RYERSON, <br><br> Respondent/Appellant. | **ORDER GRANTING EXTENSION OF TIME** |

**IT IS HEREBY ORDERED** that Respondent/Appellant have an additional

30 days to file his Opening Brief.

Electronically dated and filed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 30 2021